Paul V. Shalhoub
Andrew S. Mordkoff
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :
Aegerion Pharmaceuticals, Inc., et al.,[1]    :    Case No. 19-11632 (MG)
                                              :
           Debtors.                           :    (Jointly Administered)
---------------------------------------------------------x

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 11, 2019 AT 9:00 A.M. (EASTERN TIME)**

Location of Hearing:        United States Bankruptcy Court
                            Southern District of New York
                            One Bowling Green, Room 523
                            New York, New York 10004

**I.  STATUS UPDATE**

**II. UNCONTESTED MATTERS GOING FORWARD:**

1.  Application of Debtors and Debtors in Possession for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 66].

    Related Documents:

    Notice of Hearing on Second Day Motions [Docket No. 70].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are Aegerion Pharmaceuticals, Inc. (0116), and Aegerion Pharmaceuticals Holdings, Inc. (1331). The Debtors' executive headquarters are located at 245 First Street, Riverview II, 18th Floor, Cambridge, MA 02142.

[2] Amendments to the agenda are noted herein in **bold.**

        Notice of Adjournment of Certain Matters Scheduled for Hearing on June 27, 2019 at 9:00 a.m. (Eastern Time) [Docket No. 96].

        Notice of Filing of Revised Proposed Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 111].

        Supplemental Declaration of Barak Klein in Support of Application of Debtors and Debtors in Possession for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 115].

        Certificate of No Objection Regarding Application of Debtors and Debtors in Possession for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 173].

        **Status**: The above matter will be going forward at the hearing.

2.     Debtors' Motion for Order Authorizing Implementation of (A) Key Executive Incentive Plan, and (B) Key Employee Retention Plan [Docket No. 59].

        Related Documents:

        Notice of Adjournment of Certain Matters Scheduled for Hearing on June 27, 2019 at 9:00 a.m. (Eastern Time) [Docket No. 96].

        **Debtors' Statement in Support of Debtors' Motion for Order Authorizing Implementation of (A) Key Executive Incentive Plan, and (B) Key Employee Retention Plan [Docket No. 178] (the "Statement").**

        **Notice of Filing of Revised Proposed Order Authorizing Implementation of (A) Key Executive Incentive Plan, and (B) Key Employee Retention Plan [Docket No. 179].**

        **Status: The Debtors have engaged in discussions and negotiations with the United States Trustee for Region 2 and the Official Committee of Unsecured Creditors to resolve informal concerns raised by such parties. A summary of the parties' resolution is contained in the Statement, which was filed with the Court [Docket No. 178]. Accordingly, the above matter will be going forward at the hearing on a consensual basis.**

3.     Debtors' Motion for Order: (I) Approving Disclosure Statement; (II) Establishing Date of Confirmation Hearing; (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving Form and Manner of Notice of Confirmation Hearing, (C) Establishing Record Date and Approving Procedures

- 2 -

for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (IV) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; (V) Approving Rights Offering Procedures; and (VI) Granting Related Relief [Docket No. 63].

Related Documents:

Disclosure Statement for Debtors' Joint Chapter 11 Plan [Docket No. 21].

Reservation of Rights of Craig Fraser with Respect to the Disclosure Statement for Debtors' Joint Chapter 11 Plan [Docket No. 157].

Objection of Marc Beer to Approval of the Disclosure Statement for Debtors' Joint Chapter 11 Plan [Docket No. 160].

Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan [Docket No. 168].

Notice of Filing of Blackline of Debtors' Proposed Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan [Docket No. 169].

Notice of Filing of Exhibits to Proposed Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan [Docket No. 170].

**Debtors' First Amended Joint Chapter 11 Plan [Docket No. 180].**

**Notice of Filing of Blackline of Debtors' First Amended Joint Chapter 11 Plan [Docket No. 181].**

**Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan [Docket No. 182].**

**Notice of Filing of Blackline of Debtors' Further Revised Proposed Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan [Docket No. 183].**

**Notice of Filing of Revised Proposed Order: (I) Approving Disclosure Statement; (II) Establishing Date of Confirmation Hearing; (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving Form and Manner of Notice of Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (IV) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; (V) Approving Rights Offering Procedures; and (VI) Granting Related Relief [Docket No. 184].**

**Status:** Over the past several weeks, the Debtors have engaged in discussions with various parties regarding requested additional disclosures and potential plan changes. On July 9, 2019, the Debtors filed a further revised version of the *Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan* **[Docket No. 182]** which contains additional disclosures, including language that the Debtors have confirmed resolves the *Objection of Marc Beer to Approval of the Disclosure Statement for Debtors' Joint Chapter 11 Plan* **[Docket No. 160].** Accordingly, the above matter will be going forward at the hearing on a consensual basis.

Dated: July 10, 2019
     New York, New York

          WILLKIE FARR & GALLAGHER LLP
          *Counsel for the Debtors and*
          *Debtors in Possession*

          By: /s/ Paul V. Shalhoub
              Paul V. Shalhoub
              Andrew S. Mordkoff
              787 Seventh Avenue
              New York, New York 10019
              Telephone: (212) 728-8000
              Facsimile: (212) 728-8111