Paul V. Shalhoub
Andrew S. Mordkoff
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| | | |
|---|---|---|
| in re: | : | Chapter 11 |
| | : | |
| Aegerion Pharmaceuticals, Inc., et al.,[1] | : | Case No. 19-11632 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON SEPTEMBER 5, 2019 AT 10:00 A.M. (EASTERN TIME)

Location of Hearing:   United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 523
New York, New York 10004

I.  **CONTESTED MATTER GOING FORWARD:**[2]

1. Confirmation of Debtors' Modified First Amended Chapter 11 Plan [Docket No. 279].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are Aegerion Pharmaceuticals, Inc. (0116), and Aegerion Pharmaceuticals Holdings, Inc. (1331). The Debtors' executive headquarters are located at 245 First Street, Riverview II, 18th Floor, Cambridge, MA 02142.

[2] On August 14, 2019, the Official Committee of Unsecured Creditors filed the *Application Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Cassels Brock & Blackwell LLP as Canadian Counsel to the Official Committee of Unsecured Creditors of the Debtors* Nunc Pro Tunc *to June 28, 2019* [Docket No. 231]. While the retention application was originally scheduled to be heard at the hearing, no objections were filed thereto and on September 3, 2019, the Court entered an order [Docket No. 291] approving the retention application.

Related Documents:

Notice of Filing of Exhibits to Proposed Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan [Docket No. 170].

Debtors' First Amended Joint Chapter 11 Plan [Docket No. 180].

Disclosure Statement for Debtors' First Amended Joint Chapter 11 Plan [Docket No. 182].

Order: (I) Approving Disclosure Statement; (II) Establishing Date of Confirmation Hearing; (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving Form and Manner of Notice of Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (IV) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; (V) Approving Rights Offering Procedures; and (VI) Granting Related Relief [Docket No. 191].

Affidavit of Publication of Gregory R. DePalma Regarding Notice of (I) Approval of Disclosure Statement, (II) Deadline for Voting on Plan, (III) Hearing to Consider Confirmation of Plan, and (IV) Deadline for Filing Objections to Confirmation of Plan [Docket No. 212].

Notice of Filing of Plan Supplement Relating to Debtors' First Amended Joint Chapter 11 Plan [Docket No. 226].

Notice of Filing of Form of Proposed Findings of Fact, Conclusions of Law and Order Confirming Debtors' First Amended Joint Chapter 11 Plan [Docket No. 227].

Limited Objection of Sandoz GmbH to Confirmation of Debtors' First Amended Joint Chapter 11 Plan [Docket No. 245] (the "**Sandoz Limited Objection**").

Objection of Marc Beer to Confirmation of the Debtors' First Amended Joint Chapter 11 Plan [Docket No. 247] (the "**Beer Objection**").

Joinder of Mark Sumeray and Mark Fitzpatrick to Objection of Marc Beer to Confirmation of the Debtors' First Amended Joint Chapter 11 Plan [Docket No. 248].

Limited Joinder of Craig Fraser to Objection to Confirmation Filed by Marc Beer [Docket No. 247] [Docket No. 249].

Limited Objection of the United States Securities and Exchange Commission to Confirmation of the Debtors' Chapter 11 Plan [Docket No. 251] (the "**SEC Objection**").

Limited Objection, Joinder and Reservation of Rights of Catalent Pharma Solutions, LLC with Respect to Debtors' First Amended Joint Chapter 11 Plan [Docket No. 252] (the "**Catalent Limited Objection**").

Conditional Joinder of the Trustees of the University of Pennsylvania to (I) Limited Objection of Sandoz GmbH to Confirmation of Debtors' First Amended Joint Chapter 11 Plan; and (II) Limited Objection, Joinder and Reservation of Rights of Catalent Pharma Solutions, LLC with Respect to Debtors' First Amended Joint Chapter 11 Plan [Docket No. 254] (the "**UPenn Joinder**").

Limited Objection of the State of Texas to Confirmation of the Debtors' Amended Plan / Debtors' First Amended Joint Chapter 11 Plan (Dkt. 180) [Docket No. 255] (the "**Texas Limited Objection**").

Declaration of James Daloia of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on Debtors' First Amended Joint Chapter 11 Plan [Docket No. 260].

United States Trustee's Reservation of Rights and Limited Objection to Confirmation of the Debtors' First Amended Plan [Docket No. 263] (the "**U.S. Trustee Limited Objection**").

Notice of Filing of First Supplemental Proposed Schedule of Rejected Executory Contracts and Unexpired Leases in Connection with the Debtors' First Amended Joint Chapter 11 Plan [Docket No. 265].

Notice of Assumption of Contracts and Leases in Connection with Debtors' First Amended Joint Chapter 11 Plan [Docket No. 266].

Declaration of John R. Castellano in Support of Confirmation of Debtors' First Amended Joint Chapter 11 Plan [Docket No. 274].

Declaration of Ashish Contractor in Support of Confirmation of Debtors' First Amended Joint Chapter 11 Plan [Docket No. 275].

Declaration of Ben Harshbarger in Support of Confirmation of the Debtors' First Amended Joint Chapter 11 Plan [Docket No. 276].

Debtors' Memorandum of Law in Support of Confirmation and Reply to Objections to Debtors' First Amended Joint Chapter 11 Plan [Docket No. 277].

Notice of Filing of (A) Debtors' Modified First Amended Joint Chapter 11 Plan; and (B) Blackline of Debtors' First Amended Joint Chapter 11 Plan [Docket No. 279].

Notice of Filing of Revised Form of Proposed Findings of Fact, Conclusions of Law and Order Confirming Debtors' First Amended Joint Chapter 11 Plan [Docket No. 280] (the "**Confirmation Order**").

Joinder of Ad Hoc Group to Debtors' Memorandum of Law in Support of Confirmation and Reply to Objections to Debtor's First Amended Joint Chapter 11 Plan [Docket No. 281].

Official Committee of Unsecured Creditors' Statement in Support of Debtors' Chapter 11 Plan and Reply to D&O Objections [Docket No. 282].

**Status:** Over the last several weeks, the Debtors have engaged in discussions with various parties regarding their comments and objections to Plan confirmation, including the Official Committee of Unsecured Creditors (the "**Committee**"). On August 29, 2019, the Debtors filed modified proposed forms of the Plan [Docket No. 279] and Confirmation Order [Docket No. 280], and confirmation is supported by the Committee. The revised Plan and Confirmation Order also contains supplemental language that the Debtors have confirmed resolves: (i) the Sandoz Limited Objection, (ii) the Catalent Limited Objection, (iii) the UPenn Joinder, and (iv) the Texas Limited Objection.[3] Accordingly, the Debtors believe that only the Beer Objection (and related joinders thereto), the U.S. Trustee Limited Objection, and the SEC Objection will be going forward at the hearing.

---

[3] The Debtors also received numerous informal objections from other state agencies requesting the same relief that was sought in the Texas Limited Objection. The Debtors and the State of Texas agreed to modified language in the Plan and Confirmation Order that resolves the Texas Limited Objection. The Debtors understand that such modified language resolves all other informal comments received from the other states.

Dated: September 3, 2019
      New York, New York

           WILLKIE FARR & GALLAGHER LLP
           *Counsel for the Debtors and*
           *Debtors in Possession*

           By: /s/ Paul V. Shalhoub
               Paul V. Shalhoub
               Andrew S. Mordkoff
               787 Seventh Avenue
               New York, New York 10019
               Telephone: (212) 728-8000
               Facsimile: (212) 728-8111