UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
Aegerion Pharmaceuticals, Inc., et al.,[1]          :        Case No. 19-11632 (MG)
                                                    :
                         Reorganized Debtors.       :        (Jointly Administered)
-------------------------------------------------------x

**ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 3021-1(a) APPROVING
POST-CONFIRMATION TIMETABLE AND GRANTING RELATED RELIEF**

This Court having entered an order, dated September 10, 2019 [Docket No. 311] (as modified on September 19, 2019 [Docket No. 328], the "**Confirmation Order**") confirming the *Debtors' Modified First Amended Joint Chapter 11 Plan*, dated August 29, 2019 [Docket No. 279] (as confirmed, the "**Plan**");[2] and Rule 3021-1(a) of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**") requiring the above-captioned reorganized debtors (collectively, the "**Debtors**") to submit an order containing a timetable with the steps proposed for achieving substantial consummation of the Plan and entry of a final decree closing the Debtors' chapter 11 cases; and the Debtors having made a proposal by notice of presentment dated September 27, 2019; and no other or further notice being necessary or required; and this Court having considered the proposal and any objections thereto; and this Court having determined that the timetable set forth in this Order is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are Aegerion Pharmaceuticals, Inc. (0116), and Aegerion Pharmaceuticals Holdings, Inc. (1331). The Debtors' executive headquarters are located at 245 First Street, Riverview II, 18th Floor, Cambridge, MA 02142.

[2] Capitalized terms used but not defined herein have the meanings given them in the Plan.

**ORDERED that:**

1.     The following post-confirmation timetable (the "**Timetable**") in these chapter 11 cases is approved, without prejudice to the Debtors' right to revise the Timetable as set forth in Local Rule 3021-1(b):

> *(a) Substantial Consummation of the Plan.* The Effective Date of the Plan occurred on September 24, 2019.
>
> *(b) Distributions.* All Plan Distributions shall be made in accordance with the terms of the Plan and the Confirmation Order on the applicable Distribution Date.
>
> *(c) Bar Dates.* The deadline to file Administrative Expense Claims (other than those identified in Section 3.2(a) of the Plan) and claims arising from the rejection of executory contracts or unexpired leases is October 24, 2019. Fee Claims must be filed by no later than November 8, 2019. The Debtors intend to promptly review and reconcile any such claims that are filed.
>
> *(d) Resolution of Disputed Claims.* The Reorganized Debtors intend to object to or consensually resolve all Disputed Claims as soon as reasonably practicable, but in all cases on or before the date that is one hundred eighty (180) days after the Effective Date, or such later date as is authorized by the Court, in accordance with Section 9.1 of the Plan.
>
> *(e) Resolution of Avoidance Actions.* The Debtors have not commenced, and do not anticipate commencing, any avoidance actions.

2.     The dates referred to in the Timetable are the Debtors' good faith estimates and are subject to change. In accordance with Local Rule 3021-1(b), the Debtors intend to inform this Court of any revisions thereto.

3.     The entities responsible for safeguarding and accounting for proceeds of recoveries on behalf of the Debtors' estates (subject to the terms of the Plan and Confirmation Order) are the Reorganized Debtors and Prime Clerk LLC ("**Prime Clerk**"). Other than with

respect to the Convertible Notes Claims,[3] the Reorganized Debtors and Prime Clerk will serve as Disbursing Agent and shall make all Plan Distributions to the applicable holders of Allowed Claims in accordance with the terms of the Plan.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**IT IS SO ORDERED.**

Dated:  October 7, 2019
        New York, New York

_____/s/ Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge

---

[3] Pursuant to Section 8.1 of the Plan, Plan Distributions to holders of Allowed Other General Unsecured Claims (solely on account of Convertible Notes Claims) shall be made by the Convertible Notes Trustee and deemed completed when made to the Convertible Notes Trustee as Disbursing Agent.